1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant KENNETH KELLEY

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,            ) No. CR 05-125 PJH
11 |                                      )
   |       Plaintiff,                     ) STIPULATION AND
12 |                                      ) [P~~ROPOS~~ED] ORDER
   |   v.                                 )
13 |                                      ) **Hearing Date**: Wednesday July
   | KENNETH KELLEY,                      ) 20, 2005 at 1:30 pm
14 |                                      )
   |       Defendant.                     ) The Honorable Phyllis J.
15 |_____) Hamilton

16

17      The undersigned parties stipulate and agree as follows:

18      1.   A Motion to Suppress hearing is currently scheduled for July 20, 2005 at

19           2:30 PM;

20      2.   Counsel for Mr. Kelley will be out for two weeks, starting July 17, 2005,

21           for a work-related trial training in Macon, Georgia;

22      3.   Mr. Kelley is currently in custody;

23      4.   Counsel jointly understand that after July 20, 2005, August 18, 2005 is the

24           first date the Court is available to hear argument on the motion;

25      5.   Counsel for Mr. Kelley is concerned because Mr. Kelley is in custody, and

26           the pending motion is potentially case-dispositive. Counsel for Mr. Kelley

27           does not want her training schedule to potentially result in Mr. Kelley's

28           unnecessary detention for an additional month;.

        6.   Counsel for the government does not believe that the pending motion will

*Kelley*, CR-05-125 PJH
STIP MOVE HEARING

be case-dispositive, but hereby stipulates to a changed schedule to address the potential concerns of defense counsel;

7. The motion schedule currently set before the Court is as follows:

| | |
|---|---|
| Opening Motion due: | June 22, 2005 |
| Government Response due: | July 6, 2005 |
| Reply due: | July 13, 2005 |
| **Motion hearing:** | **July 20, 2005;** |

8. Counsel for the defendant wishes to alter the briefing schedule as follows, which will permit the Court to hear the pending motion on July 13, 2005;

| | |
|---|---|
| Opening Motion due: | June 22, 2005 |
| Response due: | July 6, 2005 |
| Reply due: | Friday, July 8, 2005 |
| **Motion hearing:** | **July 13, 2005;** |

9. Counsel for Mr. Kelley understands that by shortening the briefing schedule, the Court may not be able to fully consider her Reply brief, as the Court will only receive said brief three court days prior to the motion hearing. Despite this fact, counsel for Mr. Kelley believes that shortening the briefing schedule to ensure it is heard prior to her departure on July 17, 2005 is in her client's best interest, as he is in custody and is anxious to hear the results of the motion. Moreover, counsel for the defendant understands that the Court has largely considered the issues raised by the pending motion in the previous motion heard on June 8, 2005, and as such, a Reply brief may be unnecessary to assist the Court adjudicate the pending motion;

10. Counsel for Mr. Kelley understands that the proposed briefing schedule is outside of the normal briefing schedule for a Motion to Suppress as mandated by the Local Rules of this court. However, given the circumstances of counsel's schedule and the schedule of the Court, counsel

*Kelley*, CR-05-125 PJH
STIP MOVE HEARING                           1

for Mr. Kelley greatly appreciates the Court's consideration of an abbreviated briefing schedule on the pending Motion to Suppress.

**IT IS SO STIPULATED.**

DATED:__June 22, 005____          _____/S/_____
                                   ELIZABETH M. FALK
                                   Assistant Public Defender


DATED: __June 23, 2005__           _____/S/_____
                                   SUSAN R. JERICH
                                   Assistant United States Attorney

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**[PROPOSED] ORDER**

GOOD CAUSE SHOWN, and for the reasons stated herein, the briefing schedule on Defendant's Second Motion to Suppress the Fruits of an Unlawful Search, filed June 22, 2005, shall be altered as stated in this stipulation. The hearing on said motion is hereby ADVANCED to July 13, 2005, at 1:30 PM.

IT IS SO ORDERED

DATED: ___6/24/05___             _____
                                  THE HONORABLE PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT JUDGE

*Reply brief shall be filed by 3:00pm on July 8, 2005 and a copy delivered to chambers.*