IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 4-05-70074 |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO RELEASE DEFENDANT |
| ) | |
| vs. ) | |
| ) | |
| KENNETH MICHAEL KELLY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO: THE UNITED STATES MARSHAL AND THE WARDEN, AT THE SANTA RITA COUNTY JAIL.**

For good cause appearing therefore, IT IS HEREBY ORDERED that the defendant Kenneth Michael Kelly , Marshal number 98295-011, be released on Thursday, August 4, 2005 from the custody of the Santa Rita County Jail in Dublin, California.

IT IS FURTHER ORDERED that Mr. Kelly is to report directly to Cornell Corrections, located at 205 Mac Arthur Oakland, CA 94610.

**IT IS SO ORDERED**

Dated: August 5, 2005

_____
Judge Maria-Elena James