BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00125 PJH |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER FOR A BAIL REVIEW HEARING |
| vs. | ) | |
| KENNETH MICHAEL KELLEY, | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant KENNETH MICHAEL KELLEY, hereby respectfully requests a bail review hearing to be calendared for Thursday, November 10, 2005 to discuss housing possibilities.

Defense counsel, Elizabeth M. Falk, has contacted counsel for the government, Susan R. Jerich and Steve Sheehan, United States Pretrial Services Officer; and have no objection to the request for hearing

//

//

//

//

STIPULATION AND PROPOSED ORDER
No. CR 05-00125 PJH                    1

1    **IT IS SO STIPULATED**

2    Date:11/8/05                           _____/S/_____

                                            ELIZABETH M. FALK
3                                           Assistant Federal Public Defender

4

5    Date: 11/8/05                          _____/S/_____

                                            SUSAN R. JERICH
6                                           Assistant United States Attorney

7

8    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9    "conformed" signature (/S/) within this e-filed document.

10

11                                  ORDER

12          GOOD CAUSE SHOWN, it hereby ORDERED that the request for a bail review hearing

13   be calendared for Thursday, November 10, 2005 at 10:00 AM

14   Dated:

15                                          _____

16          THE HONORABLE MARIA-ELENA JAMES
            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER
No. CR 05-00125 PJH                          2