BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00125 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR A BAIL REVIEW** |
| vs. ) | **HEARING.** |
| ) | |
| KENNETH MICHAEL KELLEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant KENNETH MICHAEL KELLEY, hereby respectfully requests a bail review hearing to be calendared for Thursday, December 8, 2005 at 10:00 AM to discuss housing possibilities.

Defense counsel, Elizabeth M. Falk has contacted counsel for the government, Susan R. Jerich and Steve Sheehan, United States Pretrial Services Officer, and have no objection to the request for hearing.

//

//

Stipulation and Proposed Order
U.S. v. Kenneth Michael Kelley,
No. CR 05-00125 PJH          1

**IT IS SO STIPULATED**

Date: 12/5/2005  _____/S/_____
ELIZABETH M. FALK
Assistant United States Attorney

Date: 12/7/2005  _____/S/_____
SUSAN R. JERICH
Assistant United States Attorney

**ORDER**

GOOD CAUSE SHOWN, it is hereby ORDERED that the request for a bail review hearing be calendared for Thursday, December 8, 2005.

Date:

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order
U.S. v. Kenneth Michael Kelley,
No. CR 05-00125 PJH           2