**FILED**

PROPOSED ORDER/COVER SHEET

MAR 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Maria Elena James    RE: Kenneth Kelley
U.S. Magistrate Judge

FROM: Claudette Silvera, Chief    DOCKET NO.: CR 05-00125 PJH
U.S. Pretrial Services Officer

DATE: March 15, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim                                        (510) 637-3755
U.S. Pretrial Services Officer                      TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER   **Maria Elena James**        DATE 3-16-06

Cover Sheet (12/03/02)