1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5
Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-125 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER REQUEST FOR HEARING REGARDING BAIL MODIFICATION. |
| vs. | ) | |
| KENNETH MICHAEL KELLEY, | ) | |
| Defendant. | ) | |

Defense counsel, Elizabeth M. Falk, respectfully requests this Court that the above-captioned matter be set for a bail modification hearing on Thursday, March 30, 2006 at 10:00 a.m.

Counsel for the government, Susan Jerich, has no objection to the request for hearing. The Pretrial Services Officer, Allen Lew, has been contacted and has no objection to the request for hearing.

IT IS SO STIPULATED

Dated: 3/29/2006                                  /S/
                                                  _____
                                                  ELIZABETH M. FALK
                                                  Assistant Federal Public Defender

Stipulation and Proposed Order            1

1  Dated: 3/29/2006

2                                              /S/
                                       _____
3                                      SUSAN JERICH
                                       Assistant United States Attorney
4

5  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

6  "conformed" signature (/S/) within this e-filed document.

7                                          **ORDER**

8
       IT IS HEREBY ORDERED that this matter be placed on calendar for a hearing re bail
9
   modification for Thursday, March 30, 2006 at 10:00 a.m.
10
   Dated:__March 30, 2006__
11
                                       _____
12                                     THE HONORABLE MARIA-ELENA JAMES
                                       UNITED STATES MAGISTRATE JUDGE
13

Stipulation and Proposed Order                 2