FILED

APR 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROPOSED ORDER/COVER SHEET

TO: Honorable Maria Elena James　　　　RE: Kenneth Kelley
　　　U.S. Magistrate Judge

FROM: Claudette Silvera, Chief　　　　DOCKET NO.: CR 05-00125 PJH
　　　　U.S. Pretrial Services Officer

DATE: April 10, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim　　　　　　　　　　　　　　(510) 637-3755
U.S. Pretrial Services Officer　　　　　　TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____　Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)　*B*

　A. The condition of curfew which the defendant was ordered to adhere to shall be deleted.

　(B.) The defendant shall be placed on electronic monitoring with a schedule as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER　　　　　　　　　　　　4-11-06
　　　　　　　　　　　　　　　　　　　　DATE

Cover Sheet (12/03/02)