SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-6982
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-125 PJH |
|     Plaintiff, ) | PARTIES' STIPULATION AND P~~ROPOSED~~ ORDER EXCLUDING |
|         vs. ) | TIME PURSUANT TO 18 U.S.C. § 3161 |
| KENNETH M. KELLY, ) | |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1.  The parties last appeared before this Court on Wednesday, August 8, 2007 for status. At that time, defense counsel requested that the matter be continued until September 12, 2007 for further status.

   2.  Defense counsel advised the Court that additional time was necessary to effectively prepare and file documents relevant to an interlocutory appeal in the matter.

   3.  The parties respectfully request that the remain calendared for September 12, 2007 for status and request a further exclusion of time, pursuant to 18 U.S.C. § 3161(h)(1)(J). Additionally, pursuant to 18 U.S.C. § 3161 (h)(8)(A), the ends of justice outweigh the interests

STIPULATION AND PROPOSED ORDER
CR 05-125 PJH

1  of the public and defendant in a speedy trial because the defendant requires additional time to
2  prepare effectively for the appeals process.

4  SO STIPULATED.

5  DATED: August 9, 2007                    Respectfully Submitted,

                                            _/s/_____
8                                           SUSAN R. JERICH
                                            Assistant United States Attorney

9  DATED:

                                            _/s/_____
11                                          Elizabeth Falk
                                            Counsel for Defendant Castellanos

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  DATED:  8/20/07                         _____
                                            HON. Phyllis J. Hamilton
16                                          United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

STIPULATION AND PROPOSED ORDER
CR 05-125 PJH                               2

the public and defendant in a speedy trial because the defendant requires additional time to prepare effectively for the appeals process.

SO STIPULATED.

DATED: August 9, 2007                    Respectfully Submitted,

/s/
SUSAN R. JERICH
Assistant United States Attorney

DATED:

/s/
Elizabeth Falk
Counsel for Defendant Castellanos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:
HON. Phyllis J. Hamilton
United States District Court

1  the public and defendant in a speedy trial because the defendant requires additional time to
2  prepare effectively for the appeals process.

4  SO STIPULATED.
5  DATED: August 9, 2007                    Respectfully Submitted,

                                            /s/
                                            _____
8                                           SUSAN R. JERICH
                                            Assistant United States Attorney

9  DATED: 8/17/07

                                            *Elizabeth Falk* (signature)
                                            _____
11                                          Elizabeth Falk
                                            Counsel for Defendant Castellanos

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  DATED:                                  _____
                                            HON. Phyllis J. Hamilton
16                                          United States District Court

STIPULATION AND PROPOSED ORDER
CR 05-125 PJH                              2